IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00612–WYD–KMT

TEXAS BEEF LTD, d/b/a TEXAS BEEF CATTLE CO.,

    Plaintiff,

v.

MCCLAVE STATE BANK,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Unopposed Motion to Withdraw" (#6, filed April 19, 2011). Being otherwise fully advised, it is hereby ORDERED that the Motion (#6) is GRANTED. Attorney John E. Scipione is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Scipione from the electronic certificate of mailing.

Dated: April 21, 2011