IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00612-WYD-KMT

TEXAS BEEF LTD., d/b/a TEXAS BEEF CATTLE CO.,

    Plaintiff,

v.

McCLAVE STATE BANK,

    Defendant.

Consolidated with

Civil Action No.   11-cv-00975-WYD-KMT

McCLAVE STATE BANK

    Plaintiff,

v.

LYNN HART, a New Mexico resident; and
TEXAS BEEF LTD., d/b/a TEXAS BEEF CATTLE CO., a Texas limited partnership,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In accordance with Plaintiff's Notice of Withdrawal of F.R.C.P. 12(b)(6) Motion for Partial Dismissal Filed June 21, 2011 (ECF No. 41), the record shall reflect that Plaintiff's F.R.C.P. 12(b)(6) Motion for Partial Dismissal (ECF No. 29 filed June 21, 2011 in 11-cv-00621) is **WITHDRAWN** and is no longer pending.

    Dated:  August 8, 2011.