IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00612-WYD-KMT

TEXAS BEEF LTD., d/b/a TEXAS BEEF CATTLE CO.,

    Plaintiff,

v.

McCLAVE STATE BANK,

    Defendant.

---

Consolidated with

Civil Action No.  11-cv-00975-WYD-KMT

McCLAVE STATE BANK

    Plaintiff,

v.

LYNN HART, a New Mexico resident; and
TEXAS BEEF LTD., d/b/a TEXAS BEEF CATTLE CO., a Texas limited partnership,

    Defendants.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on two motions: (1) Texas Beef's and McClave State Bank's Stipulated Motion for Dismissal with Prejudice (ECF No. 73) that seeks to dismiss Civil Action No. 11-cv-00612, and the Stipulated Motion for Dismissal filed by McClave State Bank and Lynn Hart (ECF No. 72) that seeks to dismiss Civil Action No. 11-cv-00975.  The motions seek a dismissal of these consolidated cases

pursuant to a settlement that resolves the disputes between the parties.  After a careful review of the motions, it is

ORDERED that Texas Beef's and McClave State Bank's Stipulated Motion for Dismissal with Prejudice (ECF No. 73) and the Stipulated Motion for Dismissal filed by McClave State Bank and Lynn Hart (ECF No. 72) are **GRANTED**.  These two consolidated cases are **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

Dated:  October 21, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge